**No. 52346.**—Henry W. Peabody & Co. *v.* United States, protest 129717–K (San Francisco).

Opinion by COLE, J. The undisputed facts established plaintiff's claim insofar as it relates to the merchandise imported in case 156. To such extent the claim of the plaintiff was sustained.